# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEFINA VAZQUEZ,<br><br>                   Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>                   Defendant. | 8:18CV519<br><br>ORDER |

Plaintiff/Petitioner filed an application to proceed in forma pauperis, ECF No. 1. Upon review of Plaintiff/Petitioner's application, the court finds that Plaintiff/Petitioner is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff/Petitioner's application to proceed in forma pauperis, ECF No. 1, is approved; and
2. Plaintiff/Petitioner may proceed in this matter without prepaying fees or costs.

Dated this 30th day of November, 2018.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge