IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEFINA VAZQUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration;<br><br>        Defendant. | **8:18-CV-519**<br><br>**JUDGMENT** |

Pursuant to the accompanying Memorandum and Order, the Commissioner's decision is affirmed.

Dated this 21st day of November, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge